IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  NATHAN P AUGUSTIN  
       ANGEL R AUGUSTIN  
       5912 Oreily Dr  
       Galloway, OH  43119

Case No: 10-62942

Chapter 13

Judge: CHARLES M. CALDWELL

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY

The Case was commenced on October 29, 2010.  
The plan was confirmed on April 28, 2011.  
The Case was concluded on April 08, 2013.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid. That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
NOTICE OF CONVERSION TO CHAPTER 7 AFTER CONFIRMATION.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors:    15,767.33

DISBURSEMENTS TO CREDITORS:  
DIVIDEND TO UNSECURED: 10.00%

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| AMERICAN GENERAL FINANCIAL 00004    Secured | 3,035.98 | 0.00 | 0.00 | 3,035.98 |
| AMERICAN INFOSOURCE LP 00025    Unsecured | 67.71 | 0.00 | 0.00 | 67.70 |
| ANGEL R AUGUSTIN 00000    Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE NA 00015    Secured-HHG | 159.99 | 0.00 | 0.52 | 159.99 |
| CAPITAL ONE NA 10015    Unsecured | 62.39 | 0.00 | 0.00 | 62.39 |
| CAPITAL ONE NA 00028    Unsecured | 28.38 | 0.00 | 0.00 | 28.38 |
| CHASE BANK USA NA 00027    Unsecured | 30.02 | 0.00 | 0.00 | 30.02 |
| CHASE BANK USA NA 00017    Unsecured | 46.00 | 0.00 | 0.00 | 46.00 |
| Child Care Radiology Institute 00007    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| DEPT STORES NATL BANK/MACYS 00018    Unsecured | 204.47 | 0.00 | 0.00 | 204.47 |
| Doctors Hospital 00008    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Emergency Medicine Physicians 00009    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Ffcc-columbus Inc 00010    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |

### CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY
CASE NO. 10-62942    NATHAN P AUGUSTIN and ANGEL R AUGUSTIN

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| FIA CARD SERVICES/BANK OF AMER 00005   Unsecured | 215.18 | 0.00 | 0.00 | 215.18 |
| FIFTH THIRD BANK 00011   Unsecured | 344.88 | 0.00 | 0.00 | 344.88 |
| Haines Publishing Inc 00014   Disallowed Per Order | 0.00 | 0.00 | 0.00 | 0.00 |
| HUNTINGTON NATIONAL BANK 00001   Secured | Paid outside | 0.00 | 0.00 | 0.00 |
| JS & ASSOCIATES APPRAISAL SVCS 00026   Appraiser | 175.00 | 175.00 | 0.00 | 0.00 |
| KEMBA FINANCIAL CREDIT UNION 00016   Unsecured | 247.75 | 0.00 | 0.00 | 247.75 |
| NATHAN P AUGUSTIN 00000   Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| Nationwide Children's Hospital 00019   Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Pediatric Academic Associates 00021   Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| PNC BANK 00020   Unsecured | 19.45 | 0.00 | 0.00 | 19.45 |
| PORTFOLIO RECOVERY ASSOC 00022   Unsecured | 34.98 | 0.00 | 0.00 | 34.98 |
| PORTFOLIO RECOVERY ASSOCIATES 00029   Unsecured | 47.79 | 0.00 | 0.00 | 47.79 |
| PORTFOLIO RECOVERY ASSOCIATES 00006   Unsecured | 48.12 | 0.00 | 0.00 | 48.12 |
| PRA REC AGENT OF PORTFOLIO 00012   Unsecured | 43.20 | 0.00 | 0.00 | 43.20 |
| PRA REC AGENT OF PORTFOLIO 00013   Unsecured | 214.79 | 0.00 | 0.00 | 214.79 |
| PRA REC AGENT OF PORTFOLIO 00023   Unsecured | 354.62 | 0.00 | 0.00 | 354.62 |
| TOYOTA MOTOR CREDIT CORP 10002   Unsecured | 1,239.85 | 0.00 | 0.00 | 1,239.85 |
| TOYOTA MOTOR CREDIT CORP 00002   Secured-506 | 18,222.59 | 5,954.91 | 3,061.07 | 12,267.68 |
| WELLS FARGO AUTO FINANCE 00003   Secured-506 | 6,558.75 | 1,806.84 | 1,144.86 | 4,751.91 |
| WELLS FARGO AUTO FINANCE 10003   Unsecured | 604.42 | 0.00 | 0.00 | 604.42 |
| WELLS FARGO BANK NA 00024   Unsecured | 174.28 | 0.00 | 0.00 | 174.28 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 27,977.31 | 175.00 | 40,282.73 | 0.00 | 0.00 | 68,435.04 |
| PRIN PAID | 7,761.75 | 175.00 | 0.00 | 0.00 | 0.00 | 7,936.75 |
| INT PAID | 4,206.45 | 0.00 | 0.00 | 0.00 | | 4,206.45 |
| | | | | | TOTAL PAID: | 12,143.20 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 10-62942    NATHAN P AUGUSTIN and ANGEL R AUGUSTIN

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | ALLOWED | TOTAL PAID |
|---|---|---|
| Samuel L Calig | 3,103.00 | 3,080.01 |

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 538.57 | 0.00 | 5.55 | 544.12 |

Dated: 05/07/2013

/s/ Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  NATHAN P AUGUSTIN                                          Case No: 10-62942
ANGEL R AUGUSTIN
5912 Oreily Dr                                                              Chapter 13
Galloway, OH  43119

Judge: CHARLES M. CALDWELL

CERTIFICATION AND OPPORTUNITY TO OBJECT

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty-one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. No notice will be given of the filing of the Final Report as this notice is intended to comply with L.B.R.2002-1(a)(2)(C).

Frank M. Pees, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

/s/ Frank M. Pees

FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700